UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ANTHONY ANTILIA,<br><br>    Petitioner,<br><br>  v.<br><br>KIM HOLLAND, Warden,<br><br>    Respondent. | Case No. EDCV 15-875-PSG (AJW)<br><br><br><br>JUDGMENT |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: 01/11/16

_____
Philip S. Gutierrez
United States District Judge